UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| Gloria Jean Hart ) | CASE NO: 14-06976 dd |
| ) | |
| ) | ORDER CHANGING VENUE OF CASE |
| Debtor(s). ) | |
| ) | |

On the motion of the debtor(s) to change venue of the captioned case from Columbia to Charleston and due notice having been given to all parties, and no request for a hearing having been made, it is, therefore,

ORDERED, ADJUDGED AND DECREED THAT the venue of the above-captioned Chapter 7 case be changed to Charleston.

**FILED BY THE COURT**
**02/04/2015**



Entered: 02/05/2015

/s/ David R. Duncan
David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina